■ McGee & Gelman, Respondent, v Park View Equities, Inc., et al., Appellants. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 989). (Appeal from Order of Supreme Court, Erie County, Francis, J.—Reargument.) Present—Callahan, J. P., Boomer, Pine, Lawton and Boehm, JJ.

■ The People of the State of New York, Respondent, v Penny Lee Boland, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Manslaughter, 2nd Degree.) Present—Callahan, J. P., Green, Balio, Fallon and Davis, JJ.